IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 4:19CR 220 |
| v. | § | Judge Jordan/Nowak |
| | § | |
| TRENTION DEWAYNE RUNNELS | § | |
| a.k.a. Trenton Dewayne Runnels | § | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 11 2019
BY DEPUTY__________

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 18 U.S.C. § 922(g)
(Possession of a Firearm by a Prohibited Person)

On or about January 8, 2019, in the Eastern District of Texas, **TRENTION DEWAYNE RUNNELS, a.k.a. Trenton Dewayne Runnels**, defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, a firearm, to wit, a Smith & Wesson, Model CTG, .38 caliber, revolver, bearing serial number V184801, while knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18 U.S.C. § 922(g)(1).

**Count Two**

Violation: 18 U.S.C. § 922(g)
Possession of a Firearm by a Prohibited Person)

On or about January 21, 2019, in the Eastern District of Texas, **TRENTION DEWAYNE RUNNELS, a.k.a. Trenton Dewayne Runnels**, defendant, did knowingly and

unlawfully possess in and affecting interstate or foreign commerce, a firearm, to wit, a Mossberg Model M341, .22 caliber, rifle, bearing serial number 1369056 and a Ted Williams, Model 21, 12 gauge shotgun, bearing serial number 5832025, while knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18 U.S.C. § 922(g)(1).

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**
**(Pursuant to 18 U.S.C. § 924(d)(1)**

As a result of the commission of the foregoing offense charged in Counts One and Two, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) any firearm or ammunition involved in a violation of 18 U.S.C. § 922(g)(1), namely, the following:

**Smith & Wesson, Model CTG, .38 caliber, revolver, bearing serial number V184801**
**Mossberg Model M341, .22 caliber, rifle, bearing serial number 1369056**
**Ted Williams, Model 21, 12 gauge shotgun, bearing serial number 5832025**

Substitute assets

If any property subject to forfeiture as a result of any act or omission by the defendant (i) cannot be located upon the exercise of due diligence, (ii) has been transferred or sold to, or deposited with a third party, (iii) has been placed beyond the jurisdiction of the court, (iv) has been substantially diminished in value, or (v) has been commingled with other property which cannot be subdivided without difficulty, the defendant shall forfeit to the United States any other property of the defendant's up to the value of the forfeitable property.

A TRUE BILL

_______________________________
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_______________________________
Lesley D. Brooks
Assistant United States Attorney

9/11/19
_______________________________
Date

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:19CR |
| | § | Judge |
| TRENTION DEWAYNE RUNNELS | § | |
| a.k.a. Trenton Dewayne Runnels | § | |

## NOTICE OF PENALTY

### Counts One and Two

Violation: 18 U.S.C. § 922(g)(1)

Penalty: Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. 924(e), imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than five (5) years.

Special Assessment: $ 100.00